**Opinion issued July 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00587-CV**

————————————

**IN RE FRONTIER LOGISTICS L.P., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Frontier Logistics L.P. has filed a petition for writ of mandamus complaining of the trial court's order denying a Rule 91a motion.[1] *See* TEX. R. CIV. P. 91a. We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *Jane Doe v. George Cook and Frontier Logistics L.P.*, cause No. 2026-04426, pending in the 55th District Court of Harris County, Texas, the Honorable Latosha Lewis Payne presiding.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Guiney.